Michael Bleicher (SBN 313892)
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, D.C. 20036
Telephone: (202) 706-5251
Facsimile: (202) 706-5298
Michael.bleicher@zwillgen.com

*Attorney for Defendants*
*FanDuel, Inc., FanDuel Limited,*
*and Flutter Entertainment PLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT CRISWELL, individually and on behalf of others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>FANDUEL, INC., FANDUEL LIMITED, FLUTTER ENTERTAINMENT PLC, AND DOES 1-10,<br><br><br>                    Defendants. | Case No.: 3:25-cv-10473-CRB<br><br>MODIFIED<br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND COMPLAINT AND SET BRIEFING SCHEDULE**<br><br>Hon. Charles R. Breyer |

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND COMPLAINT AND SET BRIEFING SCHEDULE
CASE NO. 3:25-cv-10473-CRB

Pursuant to Local Rules 6-1(a), 6-2 and 7-12, and subject to the Court's approval, Defendants FanDuel, Inc., FanDuel Limited, and Flutter Entertainment PLC (collectively, "FanDuel" or "Defendants"), and Plaintiff Gilbert Criswell ("Plaintiff") (jointly, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on December 5, 2025, Plaintiff filed his Class Action Complaint (ECF No. 1);

**WHEREAS**, on December 12, 2025, Defendants waived service of summons;

**WHEREAS**, Defendants' current deadline to answer, move, or otherwise respond to the Complaint is February 10, 2026;

**WHEREAS**, the Parties have met and conferred, and Plaintiff intends to amend his complaint;

**WHEREAS**, counsel for the Parties stipulate that Plaintiff will file an Amended Complaint by February 26, 2026;

**WHEREAS**, the Parties agree and jointly stipulate to the following briefing schedule on Defendants' anticipated Motion to Compel Arbitration as follows:

- Defendants shall file their Motion to Compel Arbitration on April 6, 2026
- Plaintiff shall file his brief in opposition on May 8, 2026
- Defendants shall file their Reply brief on May 22, 2026
- Defendants shall notice the hearing on their Motion to Compel Arbitration for June 5, 2026

**WHEREAS**, the Parties agree and stipulate that Defendants will file and litigate its Motion to Compel Arbitration before filing any Motion to Dismiss or other responsive pleading; consistent with the Court's position during the August 22, 2025 status hearing in *Beltran v. FanDuel, Inc.*, No. 3:25-cv-05586-CRB.

**WHEREAS,** the Parties agree and stipulate that litigating the Motion to Compel Arbitration and Motion to Dismiss serially shall not constitute a waiver by any party of any arguments, defenses, claims, and/or rights that would not have been waived had the motions been filed and opposed simultaneously;

**WHEREAS**, this stipulation is submitted in good faith and not for any purposes of delay;

- 1 -

**WHEREAS**, the Parties have not requested any prior extensions and this stipulated briefing schedule will not alter the date of any event or deadline already fixed by Court order;

**WHEREAS**, the Parties believe that good cause exists for this modified briefing schedule. The schedule will provide counsel with adequate time to investigate and analyze the allegations in the anticipated amended complaint and to work with Defendants to prepare an appropriate response;

**NOW, THEREFORE, THE PARTIES STIPULATE AND REQUEST**, through their respective counsel, and subject to the Court's approval, that Plaintiff will file his Amended Complaint on **February 26, 2026**, Defendants will file their Motion to Compel Arbitration on **April 6, 2026**, Plaintiff will file his brief in opposition on **May 8, 2026**, Defendants will file their Reply brief on **May 22, 2026**, and a hearing on Defendants' Motion to Compel Arbitration will be on **June 5, 2026**.

**IT IS SO STIPULATED.**

Dated: February 4,  2026                              **ZWILLGEN PLLC**

By:  /s/      *Michael Bleicher*
Michael Bleicher (SBN 313892)
Michael.bleicher@zwillgen.com

*Attorney for Defendants*
*FanDuel, Inc., FanDuel Limited,*
*and Flutter Entertainment PLC*

Dated: February 4, 2026                              **ALMEIDA LAW GROUP LLC**

By: /s/      *Wesley M. Griffith*
Wesley M. Griffith, SBN 286390
111 W. Ocean Blvd, Suite 426
Long Beach, CA 90802
Telephone: 310-896-5813
E-mail: wes@almeidalawgroup.com

Margot Cutter, SBN 306789
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT AND SET BRIEFING SCHEDULE
CASE NO. 3:25-cv-10473-CRB

Telephone: 916-290-9400
E-mail: mcutter@cutterlaw.com

F. Peter Silva II, SBN 348070
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, D.C. 20006
E-mail: psilva@tzlegal.com

*Counsel for Plaintiff and the Proposed Class*

### SIGNATURE ATTESTATION

I, Michael Bliecher, am the ECF User whose ID and password are being used to file this document. In accordance with Civ. L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: February 4, 2026           /s/     *Michael Bleicher*
                                  Michael Bleicher (SBN 313892)
                                  Michael.bleicher@zwillgen.com

                                  *Attorney for Defendants*
                                  *FanDuel, Inc., FanDuel Limited,*
                                  *and Flutter Entertainment PLC*

- 3 -

# [~~PROPOSED~~] ORDER

## PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. Plaintiff will file an Amended Complaint on February 26, 2026;

2. Defendants shall file their Motion to Compel Arbitration on April 6, 2026;

3. Plaintiff shall file his brief in opposition on May 8, 2026;

4. Defendants shall file their Reply brief on May 22, 2026;

5. The hearing on Defendants' Motion to Compel Arbitration shall be on ~~June 5,~~ June 12, 2026 at 10:00 a.m. 2026; and

6. Defendants' filing and litigation of its Motion to Compel Arbitration before filing any motion to dismiss shall not constitute a waiver of any arguments, defenses, or rights that would not have been waived had the motions been filed simultaneously.

Dated:  February 4, 2026

_____

Honorable Charles R. Breyer
United States District Judge

- 4 -

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND COMPLAINT AND SET BRIEFING SCHEDULE
CASE NO. 3:25-cv-10473-CRB