Wesley M. Griffith, SBN 286390
**ALMEIDA LAW GROUP LLC**
111 W. Ocean Blvd, Suite 426
Long Beach, CA 90802
Telephone: 310-896-5813
E-mail: wes@almeidalawgroup.com

Margot Cutter, SBN 306789
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
E-mail: mcutter@cutterlaw.com

F. Peter Silva II, SBN 348070
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, DC 20006
E-mail: psilva@tzlegal.com

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT CRISWELL, individually and on behalf of others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>FANDUEL, INC., FANDUEL LIMITED, FLUTTER ENTERTAINMENT PLC, AND DOES 1-10,<br><br>                    Defendants. | Case No.: 3:25-cv-10473-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**<br><br>Hon. Charles R. Breyer |

JOINT STIPULATION AND PROPOSED ORDER REGARDING CASE SCHEDULE
CASE NO. 3:25-cv-10473-CRB

Pursuant to Local Rules 6-1, 6-2 and 7-12, and subject to the Court's approval, Defendants FanDuel, Inc., FanDuel Limited, and Flutter Entertainment PLC (collectively, "FanDuel" or "Defendants"), and Plaintiff Gilbert Criswell ("Plaintiff") (jointly, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on December 5, 2025, Plaintiff filed his Class Action Complaint (ECF No. 1);

**WHEREAS**, on December 12, 2025, Defendants waived service of summons;

**WHEREAS**, the Parties have agreed and the Court has ordered that Plaintiff shall file an Amended Complaint by February 26, 2026, Defendants shall file a Motion to Compel Arbitration by April 6, 2026, Plaintiff shall oppose by May 8, 2026, Defendants shall reply by May 22, 2026, with a hearing to occur on June 12, 2026 (ECF Nos. 13, 14);

**WHEREAS,** the Parties also agreed and the Court approved that the issue of arbitrability should be addressed before briefing on a motion to dismiss, submission of an answer, or other responsive pleading by Defendants (ECF Nos. 13, 14);

**WHEREAS**, there is presently no case management conference set in this action;

**WHEREAS**, certain existing case deadlines remain on calendar in this action associated with the initial, automatically set scheduling order (EFC No. 7) that was put in place before this matter was assigned to Your Honor;

**WHEREAS,** the Parties met and conferred regarding the existing case schedule and upcoming deadlines on February 17, 2026;

**WHEREAS,** given Plaintiff's intent to file an Amended Complaint and Defendants' intent to seek to compel arbitration, the Parties agree that a continuance of most other existing case deadlines is appropriate and will conserve the resources of the Court and the Parties;

**WHEREAS,** Plaintiff anticipates that he may need targeted discovery from Defendants related to the issue of arbitrability;

- 1 -

JOINT STIPULATION AND ~~PROPOSED~~ ORDER REGARDING CASE SCHEDULE
CASE NO. 3:25-cv-10473-CRB

**WHEREAS,** it is Defendants' position that no discovery is required at this time, but Defendants have agreed to meet and confer with Plaintiff on appropriate arbitration-related discovery after their Motion to Compel Arbitration is filed if so requested by Plaintiffs;

**WHEREAS**, this stipulation is submitted in good faith and not for any purposes of delay;

**WHEREAS**, the Parties have not requested any prior extensions of these case deadlines and this stipulated schedule will not alter the date of any other event or deadline already fixed by Court order;

**NOW, THEREFORE, THE PARTIES STIPULATE AND REQUEST**, through their respective counsel, and subject to the Court's approval, that:

- The Parties shall submit ADR certifications by March 12, 2026.
- If requested by Plaintiff, the Parties shall meet and confer in good faith on discovery related to the question of arbitrability after Defendants file their anticipated Motion to Compel Arbitration, and if the Parties are unable to reach agreement, they shall promptly submit the matter to the Court for resolution.
- Discovery as to non-arbitration related matters (including initial disclosures) is stayed pending ruling on Defendants Motion to Compel Arbitration.
- All other case deadlines will be held in abeyance pending ruling on the anticipated Motion to Compel Arbitration.

**IT IS SO STIPULATED.**

Dated: February 20,  2026          **ZWILLGEN PLLC**


By: */s/ Michael Bleicher*
Michael Bleicher (SBN 313892)
Michael.bleicher@zwillgen.com

*Attorney for Defendants*
*FanDuel, Inc., FanDuel Limited,*
*and Flutter Entertainment PLC*

Dated: February 20, 2026          **ALMEIDA LAW GROUP LLC**


By: */s/ Wesley M. Griffith*

- 2 -

JOINT STIPULATION AND ~~PROPOSED~~ ORDER REGARDING CASE SCHEDULE
CASE NO. 3:25-cv-10473-CRB

Wesley M. Griffith, SBN 286390
111 W. Ocean Blvd, Suite 426
Long Beach, CA 90802
Telephone: 310-896-5813
E-mail: wes@almeidalawgroup.com

Margot Cutter, SBN 306789
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
E-mail: mcutter@cutterlaw.com

F. Peter Silva II, SBN 348070
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, DC 20006
E-mail: psilva@tzlegal.com

*Counsel for Plaintiff and the Proposed Class*

### SIGNATURE ATTESTATION

I, Wesley M. Griffith, am the ECF User whose ID and password are being used to file this document. In accordance with Civ. L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: February 20, 2026          */s/ Wesley M. Griffith*
                                  Wesley M. Griffith (SBN 286390)
                                  wes@almeidalawgroup.com

                                  *Counsel for Plaintiff and the Proposed Class*

- 3 -

JOINT STIPULATION AND ~~PROPOSED~~ ORDER REGARDING CASE SCHEDULE
CASE NO. 3:25-cv-10473-CRB

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

- The Parties shall submit ADR certifications by March 12, 2026.
- If requested by Plaintiff, the Parties shall meet and confer in good faith on discovery related to the question of arbitrability after Defendants file their anticipated Motion to Compel Arbitration, and if the Parties are unable to reach agreement, they shall promptly submit the matter to the Court for resolution.
- Discovery as to non-arbitration related matters (including initial disclosures) is stayed pending ruling on Defendants Motion to Compel Arbitration.
- All other case deadlines will be held in abeyance pending ruling on the anticipated Motion to Compel Arbitration.

Dated:  February 23, 2026

Honorable Charles R. Breyer
United States District Judge

- 4 -

JOINT STIPULATION AND ~~PROPOSED~~ ORDER REGARDING CASE SCHEDULE
CASE NO. 3:25-cv-10473-CRB